✎ AO 120 (Rev. 2/99)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  __Northern District of California__  on the following   X  Patents or   ☐  Trademarks:

| DOCKET NO.<br>CV 08-02919 PVT | DATE FILED<br>6/12/2008 | U.S. DISTRICT COURT<br>280 Sorth First, Str, Rm 2112, San Jose, CA 95112 |
|---|---|---|
| PLAINTIFF<br>AEROSCOUT, INC. | | DEFENDANT<br>SAVI TECHNOLOGY, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | SEE ATTACHED DOCUMENT |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Betty Walton | DATE<br>June 12, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner**     **Copy 3—Upon termination of action, mail this copy to Commissioner**

AO 120 (Rev. 2/99)

**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**