1  LYNN H. PASAHOW (CSB NO. 054283)
    lpasahow@fenwick.com
2  J. DAVID HADDEN (CSB NO. 176148)
    dhadden@fenwick.com
3
   FENWICK & WEST LLP
4  Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
   DAVID D. SCHUMANN (CSB NO. 223936)
7   dschumann@fenwick.com

8  FENWICK & WEST LLP
   555 California Street. 12th Floor
9  San Francisco, CA  94104
   Telephone:    (415) 875-2300
10 Facsimile:    (415) 281-1350

11 Attorneys for Defendant-Counterclaimant
   SAVI TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC., | Case No.  C 08-02919 (PVT) |
| Plaintiff-Counterdefendant, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| SAVI TECHNOLOGY, INC., | |
| Defendant-Counterclaimant. | |

1 **REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE**

2  The undersigned part hereby declines to consent to the assignment of this case to a
3 United States Magistrate Judge for trial and disposition and hereby requests the reassignment to a
4 United Stated District Judge.

5 Dated: August 29, 2008    FENWICK & WEST LLP

7   By: /s/ Lynn H. Pasahow
         Lynn H. Pasahow

9 Attorneys for Defendant-Counterclaimant
SAVI TECHNOLOGY, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David D. Schumann, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of August 2008, at San Francisco, California.

Dated: August 29, 2008              FENWICK & WEST LLP

                                    By:    /s/ David D. Schumann
                                           David D. Schumann

                                    Attorneys for Defendant-Counterclaimant
                                    SAVI TECHNOLGY, INC.