**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **AEROSCOUT, INC.,**<br><br>　　　　　　　**Plaintiff(s),**<br><br>　vs.<br><br>**SAVI TECHNOLOGY, INC.,**<br><br>　　　　　　　**Defendant(s).** | **C 08-2919 PVT**<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

_____

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

DATED: September 2, 2008

RICHARD WIEKING
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk